IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CV-00245-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| $323,595.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This cause comes before the Court upon the government's motion to stay civil discovery (DE-17) for 180 days, up to and including December 17, 2012, pending resolution of the related criminal investigation. Claimants consent to this motion. For good cause shown, the motion to stay discovery is GRANTED. Discovery is this case shall be stayed up to and including December 17, 2012.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 22nd day of June, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE

1