IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-245-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| $323,595.00 IN U. S. CURRENCY,) | |
| ) | |
| Defendant. ) | |

It appearing to the Court that the parties to this action, the United States and Claimants John Richard Lamm and Martha Lamm, by and through their counsel of record, Joseph E. Zeszotarski, Jr., have agreed to a settlement of this matter as evidenced by a Settlement Agreement filed herein, and that such Settlement Agreement is acceptable to the Court, it is, therefore,

ORDERED that the Settlement Agreement is APPROVED, each party to bear its own attorneys' fees, costs, and expenses. It is further

ORDERED that $254,236.78 of the defendant U. S. currency be forfeited to the United States and disposed of by the United States according to law. It is further

ORDERED that the remaining $69,358.22 of the defendant U. S. currency be returned to the claimants, John Richard Lamm

-1-

and Martha Lamm.  Payment to be made payable via check to "John Richard Lamm and Martha Lamm c/o Joseph E. Zeszotarski, Jr., Gammon, Howard & Zeszotarski, PLLC, 115 ½ West Morgan Street, Raleigh, North Carolina  27601" by the U. S. Department of Treasury.

Upon the entry of this order, the Clerk of Court is DIRECTED to close this case.

This 23 January 2015.

                              _____
                                   W. Earl Britt
                                   Senior U.S. District Judge