IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-245-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| $323,595.00 IN U. S. CURRENCY, | ) |
| Defendant. | ) |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that Exhibit A: Application and Affidavit in Support of Complaint for Forfeiture In Rem previously sealed in this matter be unsealed.

SO ORDERED. This 21 day of August, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge